## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
(RURAL DEVELOPMENT),

    VS.                          CIVIL NO. __98-1471__ (JAF)

ELSA BERMUDEZ RODRIGUEZ,

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

THE CLERK OF COURT SHALL ISSUE A CHECK FOR $22,133.25 TO THE ORDER OF DEFENDANT, ELSA BERMUDEZ RODRIGUEZ, REPRESENTING THE REMAINING BALANCE OF THE SALE OF THE MORTGAGED PROPERTY OBJECT OF THIS SUIT. MS. BERMUDEZ-RODRIGUEZ' LAST KNOWN ADDRESS IS SANTA MARIA DEV., 9TH STREET, L-29, TOA BAJA, PR 00949.

September 7, 1999
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE